UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| SAS INSTITUTE, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **JUDGMENT** |
| | ) | No. 5:10-CV-25-FL |
| WORLD PROGRAMMING LIMITED, | ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendant's Motion to Dismiss for lack of personal jurisdiction, for failure to state a claims, and for *forum non conveniens* and on the Memorandum and Recommendation of United States Magistrate Judge.

The court declines to adopt the reasoning of the Magistrate Judge. **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 18, 2011, that defendant's motion to dismiss for *forum non conveniens* is granted. Further, plaintiff's motion for preliminary injunction is denied as moot. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on March 22, 2011, and Copies To:**

Pressly M. Millen (via CM/ECF Notice of Electronic Filing)
Burley B. Mitchell, Jr. (via CM/ECF Notice of Electronic Filing)
Christopher R. Graebe (via CM/ECF Notice of Electronic Filing)
Mark R. Sigmon (via CM/ECF Notice of Electronic Filing)
Peter Brown (via CM/ECF Notice of Electronic Filing)

March 22, 2011              DENNIS P. IAVARONE, CLERK
                               /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk