THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:10-CV-25-FL

| | | |
|---|---|---|
| SAS Institute, Inc., | ) | |
|     Plaintiff, | ) | |
| | ) | **ORDER** |
|     v. | ) | |
| | ) | |
| World Programming Limited, | ) | |
|     Defendant. | ) | |
| | ) | |

WHEREAS this matter has come before this Court upon the Motion to Seal of Defendant World Programming Limited ("WPL");

WHEREAS the Court finds that, based on the arguments presented in WPL's Motion to Seal and the accompanying Memorandum, sealing of the document at issue is warranted.

IT IS ORDERED that:

1. The Motion is granted; and

2. The document currently filed at Dkt. No. 141-2, and reproduced for the Court as Exhibit 1 to the Motion, be permanently sealed.

This the 11th day of Septemeber, 2013

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE