**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No.: 5:10-CV-25-FL**

|  |  |  |
|---|---|---|
| SAS Institute, Inc., | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| World Programming Limited, | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS this matter has come before this Court upon the Motion to Seal of Defendant

World Programming Limited ("WPL");

WHEREAS the Court finds that, based on the arguments presented in WPL's Motion to

Seal and the accompanying Memorandum, sealing of the document at issue is warranted.

IT IS ORDERED that:

1. The Motion is granted; and

2. The document that is currently filed at Dkt. Nos. 150-1 and 151-1, be permanently

   sealed.

This the  11th day of _____September__ , 2013

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE