THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:10-CV-25-FL

| | | |
|---|---|---|
| SAS Institute, Inc., | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| World Programming Limited, | ) | |
| Defendant. | ) | |

WHEREAS this matter has come before this Court upon the Motion to Seal of Defendant World Programming Limited ("WPL");

WHEREAS the Court finds that, based on the arguments presented in WPL's Motion to Seal and the accompanying Memorandum, sealing of the documents at issue is warranted; and

WHEREAS the Court finds that alternatives to sealing are inadequate as the documents contain information designated Highly Confidential – Attorneys' Eyes Only pursuant to the Amended Stipulated Protective Order signed and entered by the Court on January 28, 2013 (Dkt. No. 106), which requires such documents to be filed under seal;

IT IS ORDERED that:

1. The Motion is granted; and

2. The unredacted version of the Memorandum of Law in Support of the Motion to Enforce the Protective Order and for Sanctions, filed in a redacted version as Dkt. 179, and Exhibits A, B, D and E to the accompanying Declaration of Dennis O. Cohen (Dkt. 180), be permanently sealed.

Dated: 02/18/2014

LOUISE W. FLANAGAN
United States District Judge