THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:10-CV-25-FL

| | | |
|---|---|---|
| SAS Institute, Inc., | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| World Programming Limited, | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS this matter has come before this Court upon the Amended Motion to Seal of Defendant World Programming Limited ("WPL");

WHEREAS the Court finds that sealing the documents at issue is warranted based on the arguments presented in WPL's Amended Motion to Seal, and the accompanying Memorandum;

WHEREAS the Court finds that alternatives to sealing are inadequate as the documents contain information designated Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to the Amended Stipulated Protective Order signed and entered by this Court on January 28, 2013 (Dkt. # 106), which requires such documents to be filed under seal;

IT IS ORDERED that:

1. The Motion is granted; and

2. The unredacted version of the Memorandum of Law in Support of its Motion for Summary Judgment, filed at Dkt. # 226, and Exhibits 2-7, 11-14, 16-33, 35-37, 41-43 and 48-52 to the accompanying Declaration of Dennis O. Cohen, which exhibits are filed at Dkt. # 227-229, be permanently sealed; and

3. Defendant shall re-file Exhibit 39 to the Declaration of Dennis O. Cohen as a public event.

Dated: 04/17/2014

_____
LOUISE W. FLANAGAN
United States District Judge