THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:10-CV-25-FL

| | | |
|---|---|---|
| SAS Institute, Inc., | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| World Programming Limited, | ) | |
| Defendant. | ) | |

WHEREAS this matter has come before this Court upon the Motion to Seal of Defendant World Programming Limited ("WPL");

WHEREAS the Court finds that based on the arguments presented in WPL's Motion to Seal, and the accompanying Memorandum, sealing of the documents at issue is warranted; and

WHEREAS the Court finds that alternatives to sealing are inadequate as the documents contain information designated Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to the Amended Stipulated Protective Order signed and entered by this Court on January 28, 2013 (Dkt. # 106), which requires such documents to be filed under seal;

IT IS ORDERED that:

1. The Motion is granted; and

2. The unredacted version of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment, filed at Dkt. # 256, and Exhibits 54-58 to the accompanying Declaration of Dennis O. Cohen, filed at Dkt. # 258, be permanently sealed.

Dated: 05/21/2014

LOUISE W. FLANAGAN
United States District Judge