

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SAS INSTITUTE INC.

      v.           CASE NO: 5:10-CV-25-FL

WORLD PROGRAMMING LIMITED

### VERDICT FORM

#### BREACH OF CONTRACT

1. Was Plaintiff SAS Institute damaged by WPL's breach of the SAS Learning Edition License Agreement? **CIRCLE YOUR ANSWER.**

   (YES) or NO

2. If you answered "YES", enter the amount of actual damages in the space provided. If you answered "NO", enter a nominal amount in the space provided.

   $ 26,376,635

#### FRAUDULENT INDUCEMENT/FRAUD

3. Did the Defendant WPL fraudulently induce plaintiff SAS to enter into the SAS Learning Edition License Agreement? **CIRCLE YOUR ANSWER.**

   (YES) or NO

**IF YOU ANSWER "NO" TO QUESTION 3, DO NOT ANSWER ANY MORE QUESTIONS.**

4. If you answered "YES", was SAS damaged by the actions of WPL? **CIRCLE YOUR ANSWER.**

    (YES) or NO

5. If you answered "YES", enter the amount of actual damages in the space provided. If you answered "NO", enter a nominal amount in the space provided.

    $ _26,376,635_

6. Is SAS entitled to punitive damages? **CIRCLE YOUR ANSWER.**

    (YES) or NO

7. If so, in what amount?

    $ _3,000,000_

UNFAIR TRADE AND DECEPTIVE PRACTICES

You will answer the following questions <u>only</u> if you found that WPL fraudulently induced SAS to enter into the SAS Learning Edition License Agreement.

8. Was WPL's conduct in commerce or affecting commerce? **CIRCLE YOUR ANSWER.**

    (YES) or NO

9. Was WPL's conduct a proximate cause of SAS's injury? **CIRCLE YOUR ANSWER.**

    (YES) or NO

10. If you answered "YES" to Questions 8 and 9, enter the amount of actual damages in the space provided. If you answered "NO", enter a nominal amount in the space provided.

$ _26,376,635_

_____  _____Oct. 9, 2015_____
F[redacted]                                Date

3

Case 5:10-cv-00025-FL   Document 517   Filed 10/09/15   Page 3 of 3