UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SAS INSTITUTE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| WORLD PROGRAMMING LIMITED, | ) | No. 5:10-CV-25-FL |
| | ) | |
| Defendant. | ) | |

**Jury Verdict.**

**This action was tried by a jury with the Honorable David A. Faber , Senior United States District Judge, presiding, and the jury has rendered a verdict.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the jury finds that plaintiff SAS Institute, Inc. was damaged by defendant World Programming Limited's breach of the SAS Learning Edition License Agreement and plaintiff is awarded actual damages in the amount of $26,376,635.00;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the jury finds that defendant World Programming Limited fraudulently induced plaintiff SAS Institute, Inc. to enter into the SAS Learning Edition License Agreement and plaintiff is awarded actual damages in the amount of $26,376,635.00 and punitive damages in the amount of $3,000,000.00;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the jury finds that defendant World Programming Limited's conduct was in commerce or affecting commerce and that the conduct was a proximate cause of plaintiff SAS Institute's injury and plaintiff is awarded actual damages in the amount of $26,376.635.00.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that interest shall be at the legal rate upon entry of judgment until paid.

**This Judgment Filed and Entered on October 16, 2015, and Copies To:**

Pressly M. Millen (via CM/ECF Notice of Electronic Filing)
Burley Bayard Mitchell, Jr. (via CM/ECF Notice of Electronic Filing)
Krista S. Schwartz (via CM/ECF Notice of Electronic Filing)
Raymond M. Bennett (via CM/ECF Notice of Electronic Filing)
Christopher T. Graebe (via CM/ECF Notice of Electronic Filing)
Dennis O. Cohen (via CM/ECF Notice of Electronic Filing)
Edward Joseph Naughton (via CM/ECF Notice of Electronic Filing)
Mark R. Sigmon (via CM/ECF Notice of Electronic Filing)
Peter Brown (via CM/ECF Notice of Electronic Filing)
Jessie M. Gabriel (via CM/ECF Notice of Electronic Filing)
Rebecca MacDowell Lecaroz (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| October 16, 2015 | JULIE RICHARDS JOHNSTON, CLERK |
| | /s/ Susan W. Tripp |
| | (By) Susan W. Tripp, Deputy Clerk |