UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SAS INSTITUTE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WORLD PROGRAMMING LIMITED, ) <br> ) <br> Defendants. ) | AMENDED JUDGMENT <br><br> No. 5:10-CV-25-FL |

**Decision by Court and Jury.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, following mandate of the Court of Appeals dated 12/8/17 for an amended judgment upon mandate, judgment and opinion of the Court of Appeals.

**IT IS ORDERED, ADJUDGED AND DECREED,** that the court's judgment entered July 15, 2016, is AFFIRMED in all respects, except that the court VACATES as moot the court's ruling granting summary judgment to defendant on plaintiff's claim for copyright infringement of the SAS System, and said claim is DISMISSED WITH PREJUDICE. In all other respects, the terms courts judgment entered July 15, 2016, not modified herein shall remain in full force and effect.

**This Judgment Filed and Entered on December 8, 2017, and Copies To:**

Byron L. Saintsing (via CM/ECF Notice of Electronic Filing)
Pressly M. Millen (via CM/ECF Notice of Electronic Filing)
Burley Bayard Mitchell, Jr. (via CM/ECF Notice of Electronic Filing)
Krista S. Scwartz (via CM/ECF Notice of Electronic Filing)
Marshall F. Goldberg (via CM/ECF Notice of Electronic Filing)
Raymond M. Bennett (via CM/ECF Notice of Electronic Filing)
Sean Eric Andrussier (via CM/ECF Notice of Electronic Filing)
Christopher T. Graebe (via CM/ECF Notice of Electronic Filing)
Dennis O. Cohen (via CM/ECF Notice of Electronic Filing)
Edward Joseph Naughton (via CM/ECF Notice of Electronic Filing)
Mark R. Sigmon (via CM/ECF Notice of Electronic Filing)
Peter Brown (via CM/ECF Notice of Electronic Filing)
Wayne F. Dennison (via CM/ECF Notice of Electronic Filing)
Jessie M. Gabriel (via CM/ECF Notice of Electronic Filing)
Rebecca MacDowell Lecaroz (via CM/ECF Notice of Electronic Filing)

December 8, 2017          PETER A. MOORE, JR., CLERK
                           /s/ Sandra K. Collins
                          (By) Sandra K. Collins, Deputy Clerk