UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SAS INSTITUTE, INC.,

       Plaintiff,

v.

WORLD PROGRAMMING LIMITED,

       Defendant.

SECOND AMENDED JUDGMENT

No. 5:10-CV-25-FL

**Decision by Court and Jury.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon plaintiff's motion to alter, amend, or clarify the court's amended judgment entered December 8, 2017. Upon consideration thereof,

**IT IS ORDERED, ADJUDGED AND DECREED,** that the court's judgment entered July 15, 2016, and the court's amended judgment entered December 8, 2017, is hereby ALTERED AND AMENDED as follows: plaintiff's claim for copyright infringement of the SAS System is hereby DISMISSED as moot and WITHOUT PREJUDICE. In all other respects, the terms of the court's judgment entered July 15, 2016, and the amended judgment entered December 8, 2017, not modified herein, shall remain in full force and effect.

**This Judgment Filed and Entered on May 3, 2018, and Copies To:**

Byron L. Saintsing (via CM/ECF Notice of Electronic Filing)
Pressly M. Millen (via CM/ECF Notice of Electronic Filing)
Burley Bayard Mitchell, Jr. (via CM/ECF Notice of Electronic Filing)
Krista S. Scwartz (via CM/ECF Notice of Electronic Filing)
Marshall F. Goldberg (via CM/ECF Notice of Electronic Filing)
Raymond M. Bennett (via CM/ECF Notice of Electronic Filing)
Sean Eric Andrussier (via CM/ECF Notice of Electronic Filing)
Christopher T. Graebe (via CM/ECF Notice of Electronic Filing)
Dennis O. Cohen (via CM/ECF Notice of Electronic Filing)
Edward Joseph Naughton (via CM/ECF Notice of Electronic Filing)
Mark R. Sigmon (via CM/ECF Notice of Electronic Filing)
Peter Brown (via CM/ECF Notice of Electronic Filing)
Wayne F. Dennison (via CM/ECF Notice of Electronic Filing)
Jessie M. Gabriel (via CM/ECF Notice of Electronic Filing)

Rebecca MacDowell Lecaroz (via CM/ECF Notice of Electronic Filing)

May 3, 2018                  PETER A. MOORE, JR., CLERK
                                                 /s/ Susan W. Tripp
                                         (By) Susan W. Tripp, Deputy Clerk