FILED: June 18, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1290(L)
(5:10-cv-00025-FL)
_____

SAS INSTITUTE, INC.

    Plaintiff - Appellee

v.

WORLD PROGRAMMING LIMITED

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the submissions relative to appellant's motion for stay pending appeal or, alternatively, expedition of oral argument, the court grants the motion to stay and denies the motion to expedite oral argument.

Upon consideration of the submissions relative to appellee's motion to suspend briefing, the court denies the motion; however, the parties are free to brief and argue fully before the court all issues pertinent to this appeal.

Upon consideration of appellant's motion to strike, the court denies the

motion.

      Entered at the direction of Judge Wilkinson with the concurrence of Chief Judge Gregory and Judge Thacker.

                                                For the Court

                                                /s/ Patricia S. Connor, Clerk