UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-25-FL

| | |
|---|---|
| SAS INSTITUTE INC., | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF PARTIAL** |
| | ) **SATISFACTION OF JUDGMENT** |
| WORLD PROGRAMMING LIMITED, | ) **(No. 12)** |
| Defendant. | ) |

Plaintiff SAS Institute Inc. ("SAS"), by and through its undersigned counsel, hereby provides, pursuant to the Federal Rules of Civil Procedure and N.C. Gen. Stat. § 1-239(c), this Notice of Partial Satisfaction of Judgment No. 12.

On October 16, 2015, judgment was entered in this matter in favor of SAS against World Programming Limited ("WPL"). On July 15, 2016, the Court entered an Amended Judgment in the total amount of $79,129,905.00 comprised of (1) compensatory damages in the amount of $26,376,635.00 and (2) an additional amount of $52,753,270.00 representing the additional trebled amount for violation of the North Carolina Unfair and Deceptive Trade Practices Act, N.C. Gen. Stat. § 75-1.1, as required by N.C. Gen. Stat. § 75-16. The Amended Judgment also stated that interest would be accrued at the legal rate from October 16, 2015 until paid. The legal rate of interest in accordance with 28 U.S.C. § 1961 is 0.27% and is to be compounded annually.

As of the date of this Notice, an additional partial payment to SAS of $143,965.00 has been received by SAS counsel and that amount was paid over to SAS on December 17, 2019. That amount was first applied to the $10,693.72 in interest accrued from November 28 to December 17, 2019, with the remaining $133,271.28 applied to compensatory principal leaving

due $19,395,084.05 in compensatory damages principal, and a total principal amount due of $72,148,354.05 as of December 17, 2019.

Interest continues to accrue on the remaining total principal amount.

This the 2nd day of January, 2020.

/s/ Pressly M. Millen
Pressly M. Millen, N.C. State Bar No. 16178
Raymond M. Bennett, N.C. State Bar. No. 36341

OF COUNSEL:

Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Post Office Box 831
Raleigh, North Carolina 27601
(919) 755-2135
(919) 755-6067 (facsimile)
press.millen@wbd-us.com
ray.bennett@wbd-us.com

**Attorneys for Plaintiff
SAS Institute Inc.**